# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**                     Date: April 4, 2017

vs.                                              Case No.: 13-4051-01-CR-C-BCW

**Richard Marieo Hunter**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 10:52 am**                     **Time Terminated: 11:15 am**

## APPEARANCES

**Plaintiff's counsel:** Jim Lynn, AUSA
**Defendant's counsel:** Troy Stabenow, FPD
**Probation officer:** Sam Casey

---

| | |
|---|---|
| 10:52 am | PROCEEDINGS IN COURTROOM: Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Government orally moves for motion, court grants motion. Defendant accorded allocution. |
| 11:10 am | SENTENCE: Defendant sentenced to 65 months to custody of BOP on count 1 of the second superseding indictment, followed by 5 years supervised release with mandatory, standard and special conditions. FINE: waived; MSA: $100. Court recommends that defendant participate in 500-hour residential substance abuse treatment program. Government orally moves to dismiss remaining counts. Dft advised of right to appeal. Defendant remanded to the custody of the USM. |

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** T. Lock